# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

MELANIE E. DAMIAN, AS RECEIVER OF  
TODAY'S GROWTH CONSULTANT, INC.  
(d/b/a THE INCOME STORE)        ,

        Plaintiff,

v.

CLICK INTELLIGENCE LTD.,

        Defendant.

_____/

CASE NO. 1:20-cv-11066

## PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT ORDER DATED JULY 30, 2021

Plaintiff, Melanie E. Damian, as Receiver of Today's Growth Consultant, Inc. (d/b/a The Income Store), hereby files this Notice of Compliance with Court Order dated July 30, 2021 (the "Order"), and hereby certifies that service of the Order was sent via e-mail to the address provided on Defendant's filed correspondence dated June 1, 2021 [ECF No. 16] (the "Correspondence"). A copy of the Order was also sent via Federal Express to the address provided by Defendant in the Correspondence, *to wit*: Unit 3, Rockfiled Business Park, Cheltenham, GL53 0AN, United Kingdom. *See* copy of the email read receipt confirmation attached hereto as **Exhibit "A"** and the FedEx tracking information attached hereto as **Exhibit "B"**.

Respectfully submitted this 3rd day of August, 2021.

                              ABEND & SILBER, PLLC

                    By: _____  
                              Josh Silber JS6070  
                              jsilber@AbendSilber.com  
                              432 Park Avenue South, 9th Floor  
                              New York, NY 10016  
                              Telephone: (212) 532-7575

and

*/s/ Kenneth Dante Murena*
Kenneth Dante Murena, Esq.
Florida Bar No. 147486
kmurena@dvllp.com
Christine M. Dimitriou, Esq.
Florida Bar No. 99381
cdimitriou@dvllp.com
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Telephone:  (305) 371-3960
Facsimile:  (305) 371-3965

*Counsel for Melanie E. Damian,*
*Court-Appointed Receiver*
*Admitted Pro Hac Vice*