```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    20cv11066 (DLC)
MELANIE DAMIAN,                          :
                          Plaintiff,     :    NOTICE OF
                                         :    PRETRIAL CONFERENCE
              -v-                        :
                                         :
CLICK INTELLIGENCE LTD.,                 :
                                         :
                          Defendant.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

This case has been reassigned to me for all purposes. Due to the COVID-19 pandemic, the pretrial conference will be held telephonically.

Counsel for all parties are directed to participate in the pretrial conference at the time and using the dial-in instructions listed below. Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Fed. R. Civ. P. 16 conference, and to prepare and file a detailed written proposed schedule for any motions and discovery.

If this case has been settled or otherwise terminated, counsel are not required to participate in the conference, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed prior to the date of the conference via e-mail to the Orders and Judgments Clerk at the following e-mail address: judgments@nysd.uscourts.gov.

All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time; and counsel are directed to be available promptly. **The attorney who will serve as principal trial counsel must participate in the conference.**

Requests for adjournment shall be made no later than four business days before the conference and shall be made in a letter filed on ECF in accordance with the S.D.N.Y. Electronic Case Filing Rules and Instructions. The written submission must (a) specify the reasons for the adjournment, (b) state whether

the other parties have consented, and (c) indicate times and dates on succeeding Fridays when all counsel are available. Unless counsel are notified that the conference has been adjourned it will be held as scheduled.

YOU ARE DIRECTED (i) TO SO NOTIFY ALL ATTORNEYS IN THIS ACTION BY SERVING UPON EACH OF THEM A COPY OF THIS NOTICE AND THE COURT'S INDIVIDUAL PRACTICES FORTHWITH, AND (ii) TO FILE PROOF OF SUCH NOTICE WITH THE COURT. IF YOU ARE UNAWARE OF THE IDENTITY OF COUNSEL FOR ANY OF THE PARTIES, YOU MUST FORTHWITH SEND A COPY OF THE NOTICE AND PRACTICES TO THAT PARTY PERSONALLY.

DATE OF CONFERENCE: **November 5, 2021** AT **3:00 P.M.**

The parties shall use the following dial-in credentials for the conference.

        Dial-in:      888-363-4749
        Access code:  4324948

The parties shall use a landline if one is available.

SO ORDERED:

Dated:    New York, New York
          September 16, 2021

                                        DENISE COTE
                                  United States District Judge