```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MELANIE DAMIAN, as receiver of TODAY'S  :
GROWTH CONSULTANT, INC. (d/b/a THE      :
INCOME STORE),                          :       20cv11066 (DLC)
                            Plaintiff,  :
                                        :           ORDER
            -v-                         :
                                        :
CLICK INTELLIGENCE LTD.,                :
                                        :
                            Defendant.  :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On October 29, 2021, defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(2) and 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **November 19**. It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **November 19**. Defendant's reply, if any, shall be filed by **December 3**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all

motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for November 5, 2021 is adjourned sine die.

Dated:   New York, New York
         November 2, 2021

                                  _____
                                         DENISE COTE
                                  United States District Judge