**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MELANIE DAMIAN,

                    Plaintiff,

    -against-

CLICK INTELLIGENCE LTD.,

                    Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/2022

20 CIVIL 11066 (DLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 11, 2022, the defendant's October 29 motion to dismiss is granted and judgment is entered for the defendant; accordingly, the case is closed.

**Dated:** New York, New York

      February 11, 2022

                                                      RUBY J. KRAJICK
                                                        Clerk of Court

                            BY:
                                                        Deputy Clerk